UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN ALEXIS CABALLERO FLOREZ,<br><br>Petitioner,<br><br>v.<br><br>GOLDEN STATE ANNEX DETENTION CENTER,[1] et al.,<br><br>Respondents. | No. 1:26-cv-01247-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 1, 13) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 13.) Specifically, the magistrate judge concluded that, pursuant to the reasoning set forth in this court’s order granting petitioner’s motion for temporary restraining order, the court’s

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, as Attorney General, automatically substitutes in place of respondent Pamela Bondi and Markwayne Mullin, as Secretary of the Department of Homeland Security, automatically substitutes in place of respondent Kristi Noem. Fed. R. Civ. P. 25(d) (“The officer’s successor is automatically substituted as a party.”).

previously issued preliminary injunctive relief should be converted into a permanent injunction. (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 21, 2026 (Doc. No. 13) are ADOPTED in full;
2. Petitioner's petitioner for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate that petitioner is a danger to the community or flight risk;
    b. Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412 is DENIED without prejudice to renewal of the filing of a properly noticed and supported motion;
3. The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi and substitute Markwayne Mullin in place of respondent Kristi Noem; and

/////

/////

/////

/////

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE